■ NAB-TERN CONSTRUCTORS v CITY OF NEW YORK.—Motion, insofar as it seeks resettlement, denied; and insofar as it seeks leave to appeal to the Court of Appeals, motion granted on the

basis of the following certified question: "Was the order of this Court, which reversed the order of the Supreme Court, properly made?" Concur—Murphy, P. J., Carro, Bloom, Milonas and Rosenberger, JJ.